IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: <br><br> Temeshia Bomato, <br><br> Debtor. <br><br> Charles L. Smith, Trustee <br><br> Plaintiff <br><br> v. <br><br> Henry Schappert and Temeshia R. Bomato  Defendants | Bankruptcy Case No. 24-01078 <br><br> Adversary Case No. 25-30006 <br><br> ANSWER |

COMES NOW the Defendant, Temeshiat, and for her Answer to Trustee's Adversary Proceeding Complaint states as follows:

### Count I

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied for lack of knowledge.

8. Admitted.

9. Admitted.

10. Denied.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Denied.

16. Admitted.

17. Admitted.

18. Admitted.

19. Denied for lack of knowledge.

20. Admitted.

21. Denied for lack of knowledge.

22. Admitted.

23. Denied for lack of knowledge.

24. Denied for lack of knowledge.

25. Denied for lack of knowledge..

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Admitted.

31. Admitted.

32. Admitted.

## Count II

33. The Defendant incorporates all previously pled paragraphs as fully incorporated herein.

34. Admitted.

35. Denied.

36. Denied.

## Count III

37. The Defendant incorporates all previously pled paragraphs as fully incorporated herein.

38. Admitted.

39. Denied.

40. Denied.

41. Denied.

## Count IV

42. The Defendant incorporates all previously pled paragraphs as fully incorporated herein.

43. Admitted.

44. Denied.

45. Denied.

## Count V

46. The Defendant incorporates all previously pled paragraphs as fully incorporated herein.

47. Admitted.

48. Denied.

49. Denied.

50. Denied.

### Count VI

51. The Defendant incorporates all previously pled paragraphs as fully incorporated herein.

52. Denied.

/s/ Temeshia Bomato
Temeshia Bomato
4603 96th St.
Urbandale, Iowa 50322
(515) 441-0763
EMAIL tbomato@gmail.com
DEFENDANT

CC:
Charles L. Smith
25 Main Place, Suite 200
Council Bluffs, IA 51503
(712) 325-9000
csmith@telpnerlaw.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on May 31, 2025.

By: ☐ Overnight Courier ☐ Fax ☐ E mailed

☐ Hand Delivered ☐ U.S. Mail ☒ Other

☐ Certified Mail ☐ Scanned   efiled

Signature   /s/ Temeshia Bomato

### Count VI

51. The Defendant incorporates all previously pled paragraphs as fully incorporated herein.

52. Denied.

/s/ Temeshia Bomato
Temeshia Bomato
4603 96th St.
Urbandale, Iowa 50322
(515) 441-0763
EMAIL tbomato@gmail.com
DEFENDANT

CC:
Charles L. Smith
25 Main Place, Suite 200
Council Bluffs, IA 51503
(712) 325-9000
csmith@telpnerlaw.com

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on May 31, 2025.

By:  ☐ Overnight Courier  ☐ Fax  ☐ E mailed