CASE NO: 24-01078    ADVERSARY 25-30006

To All It May Concern:

On 7/29/25 I received a call from my spouse indicating Atty. Sam Marks was requesting some information and that if it was not provided things with the bankruptcy were going to become "more difficult." I provided the information requested and was told on 8/1/25 that Sam had spoken with Trustee Charles Smith and had come to an agreement to allow more time for discovery and information gathering.

On 8/8/25 I received an email from Denise Parish Legal Assistant for Marks Law Firm indicating Charles Smith had filed a motion for an immediate judgement against me. My husband, Henry Schappert, and I contacted Marks Law Firm. Sam apologized, noting he was not made aware that the provision for more time did not apply to both of us. I immediately sought separate counsel.

Prior to the motions I received from Denise Parish of Marks Law Firm in February 2025 I had never received any formal notice, received any direct request for information, nor was I named anywhere in the legal proceedings which were initially filed in June 2024 for a bankruptcy my husband filed. My disgruntled ex-husband with whom I have a 5yr NCO in place until February 2027 informed me in August 2024 that he reached out to Charles Smith and provided false information in the midst of a separate years-long custody battle in a continued attempt to smear my character. It is apparent Mr. Smith has taken these falsehoods as fact and is pursuing this legal action against me without the chance to adequately defend myself or prove my innocence, and has rapidly escalated legal action against me alone despite my working and correspondence with Sam Marks of Marks Law Firm. Mr. Smith has leveraged multiple false allegations about me, my husband, a business I no longer own, and alleged fraud of which I have no knowledge and have never been a part of. I have been misled and underrepresented up to this point. I am requesting a continuance or stay in these matters until I can acquire appropriate legal representation.

I am pleading with the courts to allow me additional time to secure separate legal representation to adequately prepare and advocate for myself in this case and in these proceedings. I have an appointment with James Thornton of Thornton & Coy on 8/26/25 at 12:30pm.

Temeshia Bomato    8/20/2025