IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 24-01078-lmj7 |
| HENRY J. SCHAPPERT, ) | |
| ) | |
| Debtor. ) | ADVERSARY NO. 25-30006 |
| ) | |
| CHARLES L. SMITH, Trustee, ) | |
| ) | JOINT STIPULATION |
| Plaintiff, ) | AS TO JUDGMENT |
| vs. ) | |
| ) | |
| HENRY J. SCHAPPERT, ) | |
| TEMESHIA R. BOMATO, ) | |
| Defendants. ) | |

COMES NOW Charles L. Smith, Trustee ("Plaintiff") and Henry J. Schappert, by his attorney, Samuel Z. Marks, and Temeshia R. Bomato, Pro Se (collectively "Defendants"), and hereby enter into this Joint Stipulation as to Judgment with terms as follows:

1. Defendants agree to the entry of a judgment against each of them and in favor of the Plaintiff in the amount of $40,000.00 plus interest and costs in the form attached hereto as Exhibit "A" and by this reference made a part hereof.

2. Plaintiff and Defendants have agreed to settle this adversary proceeding by Defendants agreeing to confess judgment in the amount of $40,000.00 plus interest and costs in favor of Plaintiff.

3. In exchange, Plaintiff has agreed to refrain from executing on this judgment as long as Defendants pay Plaintiff $350.00 per month commencing January 15, 2026.

4. In the event Defendants default on any of the aforesaid payments, the Plaintiff shall be entitled to execute on the judgment. If Defendants default on the aforesaid monthly payments, Defendants agree to pay the Plaintiff's attorney fees and costs incurred to collect this judgment.

WHEREFORE, Plaintiff and Defendants pray that this Court enter a judgment as requested herein.

Dated: November 20, 2025.

_____
Charles L. Smith, Trustee, Plaintiff
TELPNER PETERSON LAW FIRM, LLP
25 Main Place, Suite 200
Council Bluffs, IA 51503
Telephone: (712) 325-9000
Facsimile: (712) 328-1946
Email: csmith@telpnerlaw.com
TRUSTEE

_____
Samuel Z. Marks
MARKS LAW FIRM
4225 University Avenue
Des Moines, IA 50311
Telephone: (515) 276-7211
Facsimile: (515) 276-6280
Email: office@markslawdm.com
ATTORNEY FOR HENRY J. SCHAPPERT

_____
TEMESHIA R. BOMATO, Pro Se
4603 96th Street
Urbandale, IA 50322

_____
HENRY J. SCHAPPERT

STATE OF IOWA, COUNTY OF ____Polk____, ss:

This instrument was acknowledged before me on November 20 2025, by Henry J. Schappert.



_____
Notary Public in the State of Iowa

_____
TEMESHIA R. BOMATO

STATE OF IOWA, COUNTY OF ____Polk____, ss:

This instrument was acknowledged before me on November 20, 2025, by Temeshia R. Bomato.

_____
Notary Public in the State of Iowa

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 24-01078-lmj7 |
| HENRY J. SCHAPPERT, ) | |
| ) | |
| Debtor. ) | ADVERSARY NO. 25-30006 |
| ) | |
| CHARLES L. SMITH, Trustee, ) | |
| ) | JUDGMENT ON STIPULATION |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| HENRY J. SCHAPPERT, ) | |
| TEMESHIA BOMATO, ) | |
| Defendants. ) | |

The Joint Stipulation as to Judgment filed in this case being presented to the Court in which Defendants consent to the entry of a judgment against Defendants on the terms and for the amount set forth below.

The Court finds that, under the circumstances, said settlement should be approved and judgment should be entered without further notice or hearing.

It is, therefore, ORDERED, ADJUDGED AND DECREED that judgment is hereby entered on behalf of Plaintiff, Charles L. Smith, Trustee, against Defendants, Henry J. Schappert and Temeshia R. Bomato in the amount of $40,000.00 plus interest and costs.

Lee M. Jackwig
United States Bankruptcy Judge
Southern District of Iowa

Exhibit "A"

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing and by first class mail on the 26th day of November, 2025, to the following non-CM/ECF participants:

| | |
|---|---|
| **Henry J. Schappert**<br>4603 96th Street<br>Urbandale, IA 50322 | **Temeshia R. Bomato**<br>4603 96th Street<br>Urbandale, IA 50322 |

    /s/ Denise Parish